UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER LYNN LUEKEN, on behalf of Richard D. "Rick" Lueken,<br><br>    Plaintiff,<br><br>    v.<br><br>BARNES-JEWISH HOSPITAL and JASON RICH, M.D.,<br><br>    Defendants. | Case No. 20-cv-1346-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**DATED:  March 15, 2021**          MARGARET M. ROBERTIE, Clerk of Court

                                    **s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**